IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-69-BO
No. 7:12-CV-61-BO
No. 7:16-CV-201-BO

| | |
|---|---|
| JERRY G. MODISETTE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

It has come to the Court's attention that a fact bearing on the disqualification of the undersigned has been discovered following the reassignment of this matter to the undersigned on May 28, 2013, and after decisions have been entered. In accordance with Advisory Opinion 71 of the Judicial Conference Committee on Codes of Conduct (June 2009), the undersigned recuses himself from this matter for the parties to determine what relief they may seek and for the newly assigned judge to determine the legal consequence of the participation of the undersigned in this case.

SO ORDERED, this the 21 day of June, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE