IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-69-BO
No. 7:12-CV-61-BO
No. 7:16-CV-201-BO

| | |
|---|---|
| JERRY G. MODISETTE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **REASSIGNMENT ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned cases are reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. United States District Judge Terrence W. Boyle is no longer assigned to the cases. **All future documents shall reflect the revised case numbers of 7:07-CR-69-FL, 7:12-CV-61-FL and 7:16-CV-201-FL.**

SO ORDERED. This the 22nd day of June, 2018.

/s/ Peter A. Moore, Jr.
Clerk of Court